1  Debbie P. Kirkpatrick, Esq. (SBN 207112)
2  Albert R. Limberg, Esq. (SBN 211110)
   SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
3  1545 Hotel Circle South, Suite 150
4  San Diego, CA  92108-3426
   Tel:    619/758-1891
5  Fax:    619/296-2013
6  dkirkpatrick@sessions-law.biz
   alimberg@sessions-law.biz
7
8  Attorney for NCO Financial Systems, Inc.

9                  UNITED STATES DISTRICT COURT
10             EASTERN  DISTRICT OF CALIFORNIA
11                     SACRAMENTO DIVISION
12

13  ANDY SHORT,                        )  Case No.  11-CV-02295 JAM DAD
                                       )
14                                     )
                                       )
15                 Plaintiff,          )  JOINT STIPULATION AND MOTION
                                       )  TO DISMISS ENTIRE ACTION WITH
16         vs.                         )  PREJUDICE
                                       )
17  NCO FINANCIAL SYSTEMS, INC.,       )
                                       )
18                                     )
                   Defendant.          )
19                                     )
   _____    )
20

21        Defendant NCO Financial Systems, Inc. and Plaintiff Andy Short, through their

22  designated counsel of record, hereby stipulate and agree that the above-captioned action

23  be dismissed with prejudice pursuant to FRCP 41(a)(1), and jointly move this court for an
24
25  order of dismissal with prejudice.

26        This stipulation and joint motion for dismissal with prejudice is based on the fact
27
28  that the parties have resolved this action in its entirety.  As part of said resolution, the

1  parties agree to dismiss this action, in its entirety, with prejudice.  The parties will bear

2  their own attorneys fees and costs.

3

4

5  Dated:  11/28/11                          SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.

6                                            */s/ Albert R. Limberg*
                                            Albert R. Limberg

7                                            Attorney for Defendant
                                            NCO Financial Systems, Inc.

8

9

10 Dated: 11/28/11                           KROHN & MOSS, LTD.

11                                           */s/Ryan Lee*
                                            Ryan Lee

12                                           Attorney for Plaintiff

13                                           Andy Short.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28