UNITED STATES DISTRICT COURT

EASTERN  DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | | |
|---|---|---|
| ANDY SHORT, | ) | Case No.  11-CV-02295 JAM DAD |
| | ) | |
| | ) | ORDER GRANTING |
| Plaintiff, | ) | JOINT STIPULATION AND MOTION |
| | ) | TO DISMISS ENTIRE ACTION WITH |
| vs. | ) | PREJUDICE |
| NCO FINANCIAL SYSTEMS, INC., | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Based on the Joint Stipulation and Motion to Dismiss Entire Action with Prejudice filed in this action, the above-captioned action is hereby dismissed in its entirety with prejudice.  The parties will bear their own attorneys fees and costs.

**IT IS SO ORDERED.**

Dated:  11/28/2011

/s/ John A. Mendez_____ _____
HON. JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

[Proposed] Order Granting Joint Stipulation and Motion to Dismiss Action With Prejudice

1

PDF created with pdfFactory trial version www.pdffactory.com