UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ANDY SHORT,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>NCO FINANCIAL SYSTEMS, INC.,<br><br>　　　　　　　Defendant. | Case No.  11-CV-02295 JAM DAD<br><br>ORDER GRANTING<br>JOINT STIPULATION AND MOTION<br>TO DISMISS ENTIRE ACTION WITH<br>PREJUDICE |

Based on the Joint Stipulation and Motion to Dismiss Entire Action with Prejudice filed in this action, the above-captioned action is hereby dismissed in its entirety with prejudice.  The parties will bear their own attorneys fees and costs.

**IT IS SO ORDERED.**

Dated:  11/28/2011

　　　　　　　　　　　　/s/ John A. Mendez_____ _____
　　　　　　　　　　　　HON. JOHN A. MENDEZ
　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com